[No. 40318-8-II.   Division Two.   August 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEORGE VAN MIEGHEM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01722-4, Paula Casey, J., entered February 8, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Worswick, JJ.

[No. 40879-1-II.   Division Two.   August 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.L.D., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-8-00336-9, Barbara D. Johnson, J., entered June 8, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 28778-5-III.   Division Three.   August 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TOM OLIN MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01186-4, Cameron Mitchell, J., entered December 3, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 29022-1-III.   Division Three.   August 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00129-7, Evan E. Sperline, J., entered April 19, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.